Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant Citibank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANIKA ROMANO,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; CITICORP CREDIT SERVICES, Inc. (USA) dba CITICARDS; HARRIS & HARRIS LTD.; and BANK OF AMERICA, N.A.,<br><br>    Defendants. | CASE NO. 2:22-cv-00168<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Anika Romano ("Plaintiff") and Defendant Citibank, N.A. (erroneously sued as "Citicorp Credit Services, Inc. (USA) dba Citicards," "Citibank")[1] stipulate and agree that Citibank has up to and including March 15, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Citibank additional time to investigate Plaintiff's allegations and for Citibank to prepare a response. The current deadline to file a response is February 22, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely. This is the first stipulation for an extension of time for Citibank to file a response to Plaintiff's Complaint, and it is made in good faith and not for purposes of delay.

//

---

[1] By filing this Stipulation, Citibank is not waiving any affirmative defenses it may have in this matter, including, but not limited to, lack of personal jurisdiction.

Dated: February 16, 2022.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ *Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Tel: (702) 471-7000 | By: /s/ *Michael Kind*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Ste. 106<br>Las Vegas, Nevada 89123<br>Tel: (702) 337-2322 |
| *Attorneys for Defendant Citibank, N.A.* | FREEDOM LAW FIRM<br><br>By: /s/ *George Haines*<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>Tel: (702) 880-5554<br><br>*Attorneys for Plaintiff, Anika Romano* |

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 16, 2022

2