GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203
gmushmeche@ksjattorneys.com
*Attorneys for Defendant*
*Harris & Harris, LTD.*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANIKA ROMANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; CITICORP CREDIT SERVICES, INC. (USA) dba CITICARDS; HARRIS & HARRIS LTD.; and BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: 2:22-CV-00168<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant, HARRIS & HARRIS, LTD. ("Defendant"), and Plaintiff, ANIKA ROMANO, by and through their respective counsel of record, stipulate and agree to extend the deadline to March 8, 2022, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and to explore settlement possibilities. Plaintiff has no opposition to Defendant's request for an extension.

///

///

///

|   |   |
|---|---|
| 1 | This request is made in good faith and not for delay. No additional requests for |
| 2 | extensions are contemplated. |
| 3 | **IT IS SO STIPULATED.** |
| 4 | DATED this 22nd day of February, 2022. |

KIND LAW

/s/Michael Kind
MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881

KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.

GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
*Attorneys for Defendant,*
*Harris & Harris, LTD.*

FREEDOM LAW FIRM

/s/Gerardo Avalos
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV 89123
Tel: (702) 880-554
Fax: (702) 385-5518
*Attorneys for Plaintiff,*
*Anika Romano*

**ORDER**

Dated: February 23, 2022

IT IS SO ORDERED:

_____
United States Magistrate Judge